UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                            Honorable Robert H. Cleland

    vs.                                                  Case No. 11-20129

SCOTT WILLIAM SUTHERLAND, et al

    Defendants.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                                    Case No. 11-20066

JEFF GARVIN SMITH, et al

    Defendants.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                                    Case No. 12-20387

SMILEY VILLA, et al.

    Defendants.
_____/

**DEFENDANT RONALD PRELETZ'S ACTING FOR HIMSELF
AND ON BEHALF OF GROUP 4 DEFENDANTS RESPONSE TO
THE UNITED STATES' MOTION TO DESIGNATE CASE AS A
<u>COMPLEX CASE AND FOR EXCLUDABLE DELAY</u>**

    Defendant, Ronald Preletz, by and through his attorney, William W. Swor, acting for

himself and on behalf of all Defendants in Group 4, hereby responds to the United States' Motion

to Designate Case as a Complex Case and for Excludable Delay, by indicating that he has no objection to the relief requested in the Motion.

Respectfully submitted,

        *s/William W. Swor*
WILLIAM W. SWOR (P21215)
Attorney for Defendant
3060 Penobscot Building
645 Griswold Street
Detroit, MI 48226
(313) 967-0200
wwswor@wwnet.net

DATED:   February 13, 2013

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2013, I electronically filed the foregoing Response with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

        /s/ *William W. Swor*
WILLIAM W. SWOR